# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AeroCision Parent, LLC, *et al.*[1] | ) | Case No. 23-11032 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Craig R. Jalbert, in his capacity as the Plan Administrator, | ) | Adv. Pro. No. 25-50398-KBO |
| | ) | |
| Plaintiff, | ) | **Re: Adv. D.I. 7 & 9** |
| | ) | |
| Willis Towers Watson Northeast, Inc., | ) | |
| Transportation Ins. Co. (CNA), | ) | |
| American Casualty Co. of Reading, PA (CNA), | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on July 29, 2025, I caused a copy of *Amended Complaint* [Adv. D.I. 7; filed 07/24/2025] and *Amended Summons and Notice of Pretrial Conference* [Adv. D.I. 9; filed 07/29/2025] to be served in the manner and upon the parties set forth below:

**By First Class Mail and Electronic Mail**

Turner N. Falk, Esq.
Saul Ewing LLP
Centre Square West, 1500 Market Street,
38th Floor
Philadelphia, PA  19102-2186
Email: turner.falk@saul.com
*Counsel to Willis Towers Watson Northeast, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: AeroCision Parent, LLC (8828); AeroCision, LLC (0509); and Numet Machining Techniques, LLC (3162).  The Debtors' service address is 12-A Inspiration Lane, Chester, CT 06412.

American Casualty Co. of Reading, PA (CNA)
Attn: Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process and to the persons set forth below.

100 Matsonford Road Suite 200
Radnor, PA 19087

Raphael Borrel
Ingrid Woodward
Shaun Moulster
Matt Usher

And by:
Email: raphael.borrel@cnahardy.com;
ingrid.woodward@cnahardy.com;
shaun.moulster@cnahardy.com;
matt.usher@cnahardy.com

American Casualty Co. of Reading, PA (CNA)
Attn: Amanda Garcia, or Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process and to the persons set forth below.

330 N Brand Blvd Ste 700
Glendale, CA 91203

Raphael Borrel
Ingrid Woodward
Shaun Moulster
Matt Usher

And by:
Email: raphael.borrel@cnahardy.com;
ingrid.woodward@cnahardy.com;
shaun.moulster@cnahardy.com;
matt.usher@cnahardy.com

Transportation Ins. Co. (CNA)
Attn: Amanda Garcia, or Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process and to the persons set forth below.

330 N Brand Blvd Ste 700

American Casualty Co. of Reading, PA (CNA)
Attn: Stathy Darcy, or Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process and to the persons set forth below.

151 N. Franklin St.
Chicago, IL 60606

Raphael Borrel
Ingrid Woodward
Shaun Moulster
Matt Usher

And by:
Email: raphael.borrel@cnahardy.com;
ingrid.woodward@cnahardy.com;
shaun.moulster@cnahardy.com;
matt.usher@cnahardy.com

Transportation Ins. Co. (CNA)
Attn: Stathy Darcy, or Officer, Managing or General Agent or any other Agent authorized by appointment or by law to receive service of process and to the persons set forth below.

151 N. Franklin St.
Chicago, IL 60606

Raphael Borrel
Ingrid Woodward
Shaun Moulster
Matt Usher

And by:
Email: raphael.borrel@cnahardy.com;
ingrid.woodward@cnahardy.com;
shaun.moulster@cnahardy.com;
matt.usher@cnahardy.com

Glendale, CA 91203

Raphael Borrel
Ingrid Woodward
Shaun Moulster
Matt Usher

And by:
Email: raphael.borrel@cnahardy.com;
       ingrid.woodward@cnahardy.com;
       shaun.moulster@cnahardy.com;
       matt.usher@cnahardy.com

Dated: July 29, 2025
      Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Phone: (302)-777-1111
rosner@teamrosner.com

*Counsel for Plaintiff*