# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AEROCISION PARENT, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-11032 (KBO)<br><br>(Jointly Administered) |
| CRAIG R. JALBERT, in his capacity as the Plan Administrator.<br><br>                Plaintiff,<br><br>      v.<br><br>WILLIS TOWERS WATSON NORTHEAST, INC.,<br>TRANSPORTATION INS. CO. (CNA),<br>AMERICAN CASUALTY CO. OF READING, PA (CNA).<br><br>                Defendants. | Adv. Pro. No. 25-50398-KBO |

## STIPULATION (I) GRANTING CNA DEFENDANTS AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT AND (II) ADJOURNING PRETRIAL CONFERENCE

Craig R. Jalbert, as plan administrator (the "Plan Administrator"), by and through his attorneys, and Transportation Ins. Co. (CNA) and American Casualty Co. of Reading, PA (CNA) (collectively, the "CNA Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

(1) The CNA Defendants shall have until September 15, 2025, to answer, move or otherwise respond to the Plan Administrator's *Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 to Disallow Claims Pursuant to 11 U.S.C. § 502*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: AeroCision Parent, LLC (8828); AeroCision, LLC (0509); and Numet Machining Techniques, LLC (3162).

[A.D.I. 7] (the "Complaint"), without prejudice to the Plan Administrator's or CNA Defendants' right to obtain a further extension through stipulation or order of the Court.

(2)     The pretrial conference scheduled for September 4, 2025, at 2:00 p.m. (ET) is hereby adjourned to a date to be determined by the Plan Administrator and the CNA Defendants, subject to the Court's availability.

(3)     The CNA Defendants acknowledge receipt of the Complaint and the *Summons and Notice of Pretrial Conference in Adversary Proceeding* [A.D.I. 9]. The CNA Defendants agree to waive the defense of insufficient service of process in this action.

Dated: August 28, 2025

| **THE ROSNER LAW GROUP LLC** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| */s/ Frederick B. Rosner* | /s/ *Tori L. Remington* |
|  | Tori L. Remington (DE 6901) |
| Frederick B. Rosner (DE 3995) | Hercules Plaza, Suite 1000 |
| Chan (Cora) Dong (DE 7393) | 1313 N. Market Street |
| 824 North Market Street, Suite 810 | Wilmington, Delaware 19899-1709 |
| Wilmington, DE 19801 | Telephone: 302.777.6500 |
| Tel: (302) 777-1111 | Email: tori.remington@troutman.com |
| Email: rosner@teamrosner.com |  |
|         dong@teamrosner.com | -and- |
|  |  |
| *Counsel for Plan Administrator* | Jonathan W. Young (*pro hac vice* forthcoming) |
|  | 401 9th Street, NW |
|  | Washington, D.C. 20004 |
|  | Telephone: 202.220.6967 |
|  | Email: jonathan.young@troutman.com |
|  |  |
|  | -and- |
|  |  |
|  | Sarah L. Hautzinger Loumeau (*pro hac vice* forthcoming) |
|  | 875 Third Avenue |
|  | New York, NY 10022 |
|  | Telephone: 202.704.6352 |
|  | Email:sarah.hautzingerloumeau@troutman.com |
|  |  |
|  | *Counsel for CNA Defendants* |