# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AEROCISION PARENT, LLC, *et al.*,[1] | Case No. 23-11032 (KBO) |
| Debtors. | (Jointly Administered) |
| CRAIG R. JALBERT, in his capacity as the Plan Administrator. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 25-50398-KBO |
| WILLIS TOWERS WATSON NORTHEAST, INC., TRANSPORTATION INS. CO. (CNA), AMERICAN CASUALTY CO. OF READING, PA (CNA). | **Related to Adv. D.I. 7, 12, and \_\_\_\_** |
| Defendants. | |

**ORDER APPROVING SECOND STIPULATION (I) GRANTING CNA DEFENDANTS AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT AND (II) ADJOURNING PRETRIAL CONFERENCE**

This Court, having considered the *Second Stipulation (I) Granting CNA Defendants an Extension of Time to Answer, Move or Otherwise Plead or Respond to Complaint and (II) Adjourning Pretrial Conference* attached hereto as **Exhibit 1** (the "Second Stipulation");[2] and having determined that good and adequate cause exists for approval of the Second Stipulation; and having determined that no further notice of the Second Stipulation must be given;

**IT IS HEREBY ORDERED THAT:**

1. The Second Stipulation is approved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: AeroCision Parent, LLC (8828); AeroCision, LLC (0509); and Numet Machining Techniques, LLC (3162).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Second Stipulation.

2. The CNA Defendants' Response Deadline is extended through and including October 15, 2025.

3. This Order is without prejudice to the rights of either of the Parties to seek a further extension of the Response Deadline.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of the Second Stipulation and of this Order.

# EXHIBIT 1

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AEROCISION PARENT, LLC, *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11032 (KBO)<br><br>(Jointly Administered) |
| CRAIG R. JALBERT, in his capacity as the Plan Administrator.<br><br>Plaintiff,<br><br>v.<br><br>WILLIS TOWERS WATSON NORTHEAST, INC., TRANSPORTATION INS. CO. (CNA), AMERICAN CASUALTY CO. OF READING, PA (CNA).<br><br>Defendants. | Adv. Pro. No. 25-50398-KBO<br><br>**Related to Adv. D.I. 7, 9, and 12** |

## SECOND STIPULATION (I) GRANTING CNA DEFENDANTS AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT AND (II) ADJOURNING PRETRIAL CONFERENCE

Craig R. Jalbert, as plan administrator (the "Plan Administrator"), and Transportation Ins. Co. (CNA) and American Casualty Co. of Reading, PA (CNA) (collectively, the "CNA Defendants," and with the Plan Administrator, the "Parties"), by and through their attorneys, hereby stipulate and agree as follows:

(1) The CNA Defendants shall have until October 15, 2025, to answer, move or otherwise respond to the Plan Administrator's *Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 to Disallow Claims Pursuant to 11 U.S.C.*

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: AeroCision Parent, LLC (8828); AeroCision, LLC (0509); and Numet Machining Techniques, LLC (3162).

*§ 502* [A.D.I. 7] (the "Complaint"), without prejudice to the Plan Administrator's or CNA Defendants' right to obtain a further extension through stipulation or order of the Court.

Dated: September 15, 2025

| **THE ROSNER LAW GROUP LLC** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| */s/ Chan Dong* | /s/ *Tori L. Remington* |
| Frederick B. Rosner (DE 3995) | Tori L. Remington (DE 6901) |
| Chan (Cora) Dong (DE 7393) | Hercules Plaza, Suite 1000 |
| 824 North Market Street, Suite 810 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19899-1709 |
| Tel: (302) 777-1111 | Telephone: 302.777.6500 |
| Email: rosner@teamrosner.com | Email: tori.remington@troutman.com |
| dong@teamrosner.com | |
| | -and- |
| *Counsel for Plan Administrator* | |
| | Jonathan W. Young (*pro hac vice* forthcoming) |
| | 401 9th Street, NW |
| | Washington, D.C. 20004 |
| | Telephone: 202.220.6967 |
| | Email: jonathan.young@troutman.com |
| | |
| | -and- |
| | |
| | Sarah L. Hautzinger Loumeau (*pro hac vice* forthcoming) |
| | 875 Third Avenue |
| | New York, NY 10022 |
| | Telephone: 202.704.6352 |
| | Email: sarah.hautzingerloumeau@troutman.com |
| | |
| | *Counsel for CNA Defendants* |